# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | No. 17-CR-30055 |
| SHEDRICK JACKSON, ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO WITHDRAW

**NOW COMES** Sarah Noll, Attorney for Defendant, Shedrick Jackson, and in support of her Motion to Withdraw as attorney of record for Defendant, represents unto this Honorable Court as follows, that:

1. The undersigned attorney has been representing Defendant in the above-entitled cause of action since on or about March 10, 2025.

2. The Undersigned Counsel received a proposed plea agreement from the government, for the Defendant, on cause *US v. Jackson,* 3:22-cr-30043 and that case remains pending with this Court; and if plea negotiations fall through this matter should be set for hearing on the petition after jury trial on cause 22-cr-20043.

3. Based upon privileged communications with the Defendant, the undersigned Counsel believes it best for Shedrick Jackson to obtain a new attorney.

4. Irreconcilable differences have arisen between the Defendant and Defense Counsel.

**WHEREFORE,** the undersigned attorney, Sarah Noll, requests leave of this Honorable Court to withdraw as attorney of record for the Defendant, Shedrick Jackson, and for such other and further relief as this Court deems just and equitable.

       Respectfully submitted,

       NOLL LAW OFFICE LLC,

       BY: <u>/s Sarah R. Noll</u>
        SARAH R. NOLL - #6290628
Attorney for the Defendant
Noll Law Office, LLC
930 East Monroe Street
Springfield, IL 62701
Phone: (217) 544-8441
Fax: (217) 544-8775
Email: noll@noll-law.com

## FOR THE CENTRAL DISTRICT OF ILLINOIS

## PROOF OF SERVICE

I hereby certify that on October 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Matthew Weir
U.S. Attorney's Office
318 South Sixth Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Shedrick Jackson

BY:  /s Sarah R. Noll
SARAH R. NOLL - #6290628
Attorney for the Defendant
Noll Law Office, LLC
930 East Monroe Street
Springfield, IL 62701
Phone: (217) 544-8441
Fax: (217) 544-8775
Email: noll@noll-law.com